Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−16062−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Edward J Krotulis
721 Skoog Court
Brick, NJ 08724

Patricia A Krotulis
721 Skoog Court
Brick, NJ 08724

Social Security No.:
xxx−xx−8036
xxx−xx−2244

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date: 7/23/19
Time: 02:00 PM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Marc C Capone, Debtor's Attorney

COMMISSION OR FEES
Fees: $6487.50

EXPENSES
$376.00

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: June 13, 2019
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Edward J Krotulis
Patricia A Krotulis
Debtors

Case No. 19-16062-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 2 Date Rcvd: Jun 13, 2019
Form ID: 137 Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2019.

db/jdb +Edward J Krotulis, Patricia A Krotulis, 721 Skoog Court, Brick, NJ 08724-5106
cr +LYONS MORTGAGE SERVICES, INC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814
518142245 +Amex/Dsnb/ Macy’s, 9111 Duke Blvd, Mason, OH 45040-8999
518142246 +Ar Resources Inc, 1777 Sentry Pkwy W, Blue Bell, PA 19422-2206
518142247 ++BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238
(address filed with court: Bank Of America, Po Box 982238, El Paso, TX 79998)
518245023 +Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284
518245991 Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701
518199290 +Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853
518142248 +Chase Card, Po Box 15298, Wilmington, DE 19850-5298
518142249 +Chase Card-Disney, Po Box 15298, Wilmington, DE 19850-5298
518283606 +Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493
518142250 +Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241
518283592 Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657
518210336 Discover Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945
518142253 +Discover Bank/Dmi, 1 Corporate Dr Ste 360, Lake Zurich, IL 60047-8945
518284409 +LYONS MORTGAGE SERVICES, INC., CENLAR FSB, BK DEPARTMENT, 425 PHILLIPS BLVD, EWING NJ 08618-1430
518142258 Lyons Mortgage Srvcs I, 428 Phillips Blvd, Ewing, NJ 08618
518142259 +Macys/Dsnb, Po Box 8218, Mason, OH 45040-8218
518200666 +Motion Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001
518142261 +Motion Federal Cu, 360 N Wood Ave, Linden, NJ 07036-4222
518275475 +Portfolio Recovery Associates, LLC c/o Old Navy Vi, POB 41067, Norfolk VA 23541-1067
518142262 +Radius Global Solutions LLC, PO Box 390905, Minneapolis, MN 55439-0905
518142263 +Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229
518142264 +Sears/Cbna, Po Box 6189, Sioux Falls, SD 57117-6189
518142271 +Td Bank Usa/Targetcred, Po Box 673, Minneapolis, MN 55440-0673
518142272 +The Home Depot/Cbna, Po Box 6497, Sioux Falls, SD 57117-6497
518142273 +Toyota Motor Credit, Po Box 9786, Cedar Rapids, IA 52409-0004
518168862 +Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013
518252237 Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438
518245798 Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438
518142274 +Wf Crd Svc, Po Box 14517, Des Moines, IA 50306-3517
518142275 +Wf Efs, Po Box 84712, Sioux Falls, SD 57118-4712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

smg E-mail/Text: usanj.njbankr@usdoj.gov Jun 14 2019 00:57:41 U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534
smg +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 14 2019 00:57:36 United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235
518142251 +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 14 2019 00:57:17 Comenitybank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789
518142252 +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 14 2019 00:57:17 Comenitybk/Bonton, Po Box 182789, Columbus, OH 43218-2789
518158000 E-mail/Text: mrdiscen@discover.com Jun 14 2019 00:56:28 Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025
518142254 +E-mail/Text: mrdiscen@discover.com Jun 14 2019 00:56:28 Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316
518156950 +E-mail/Text: DSLBKYPRO@discover.com Jun 14 2019 00:58:07 Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925
518142256 +E-mail/Text: cio.bncmail@irs.gov Jun 14 2019 00:56:50 Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346
518142257 +E-mail/Text: bncnotices@becket-lee.com Jun 14 2019 00:56:36 Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660
518270315 E-mail/PDF: resurgentbknotifications@resurgent.com Jun 14 2019 01:01:28 LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587
518275469 E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2019 01:02:01 Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541
518275483 E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2019 01:18:20 Portfolio Recovery Associates, LLC, c/o Jc Penney Credit Card, POB 41067, Norfolk VA 23541
518275359 E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2019 01:18:20 Portfolio Recovery Associates, LLC, c/o Lowe’s, POB 41067, Norfolk VA 23541
518275477 E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2019 01:01:20 Portfolio Recovery Associates, LLC, c/o Old Navy Visa Card, POB 41067, Norfolk VA 23541

District/off: 0312-3 User: admin Page 2 of 2 Date Rcvd: Jun 13, 2019
Form ID: 137 Total Noticed: 56

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

518274579 E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2019 01:18:00
Portfolio Recovery Associates, LLC, c/o Pc Richards, POB 41067, Norfolk VA 23541
518265486 E-mail/Text: bnc-quantum@quantum3group.com Jun 14 2019 00:57:27
Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788
518263293 E-mail/Text: ebn_bkrt_forms@salliemae.com Jun 14 2019 00:58:19 Sallie Mae, P.O. Box 3319,
Wilmington, DE 19804-4319
518142265 +E-mail/Text: DSLBKYPRO@discover.com Jun 14 2019 00:58:07 Student Loan Corp, Po Box 30948,
Salt Lake City, UT 84130-0948
518142266 E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 01:00:31 Syncb/Care, C/O P.O. Box 965036,
Orlando, FL 32896-5036
518142267 +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 01:01:08 Syncb/Jcp, Po Box 965007,
Orlando, FL 32896-5007
518142269 +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 01:00:32 Syncb/Old Navy,
4125 Windward Plaza, Alpharetta, GA 30005-8738
518142270 E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 01:00:32 Syncb/PC Richard,
C/O P.O. Box 965036, Orlando, FL 32896-5036
518144465 +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 01:01:08 Synchrony Bank,
c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021
518189401 +E-mail/Text: bncmail@w-legal.com Jun 14 2019 00:57:48 TD Bank USA, N.A.,
C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132

TOTAL: 24

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

518142255 Fm/Gs2 Tru
518142260 Motion Fcu
518142268 Syncb/Lowe
cr* Discover Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945
518201169* +Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L.,
6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853

TOTALS: 3, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2019 at the address(es) listed below:

Albert Russo docs@russotrustee.com
Denise E. Carlon on behalf of Creditor Toyota Motor Credit Corporation
dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
Kevin Gordon McDonald on behalf of Creditor Toyota Motor Credit Corporation
kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
Marc C Capone on behalf of Debtor Edward J Krotulis 5325@notices.nextchapterbk.com,
docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
Marc C Capone on behalf of Joint Debtor Patricia A Krotulis 5325@notices.nextchapterbk.com,
docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
Nicholas V. Rogers on behalf of Creditor LYONS MORTGAGE SERVICES, INC. nj.bkecf@fedphe.com
Robert P. Saltzman on behalf of Creditor Discover Bank dnj@pbslaw.org
U.S. Trustee USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8