| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>824493<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for Secured Creditor: LYONS MORTGAGE SERVICES, INC. | Order Filed on July 9, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
|---|---|
| In Re:<br><br>EDWARD J. KROTULIS<br>PATRICIA A. KROTULIS | Case No: 19-16062 - MBK<br><br>Hearing Date: 06/11/2019<br><br>Judge: MICHAEL B KAPLAN |

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: July 9, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**NJID 824493**
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
<u>Attorneys for LYONS MORTGAGE SERVICES, INC.</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

EDWARD J. KROTULIS
PATRICIA A. KROTULIS

CASE NO. 19-16062 - MBK

CHAPTER 13

Debtors

ORDER RESOLVING
OBJECTION TO CONFIRMATION

HEARING DATE: 06/11/2019

This Order pertains to the property located at 721 SKOOG COURT, BRICK, NJ 08724, mortgage account ending with "0651";

THIS MATTER having been brought before the Court by, MARC C. CAPONE, Esquire attorney for debtors, EDWARD J. KROTULIS and PATRICIA A. KROTULIS upon the filing of a Chapter 13 Plan, LYONS MORTGAGE SERVICES, INC. by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and for other and good cause shown:

IT IS on the                    day of                    , 2019, ORDERED as follows:

1.      The debtors plan is hereby amended to allow $12,176.89 to be paid to LYONS MORTGAGE SERVICES, INC.. Said amount reflects that found on LYONS MORTGAGE SERVICES, INC.'s Proof of Claim.

2.      If required by the Chapter 13 Trustee, Debtor agrees to amend their Chapter 13 Plan post-confirmation to provide for the arrears listed in LYONS MORTGAGE SERVICES, INC.'s allowed secured proof of claim.

3.      Debtors acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

      4.      This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.