| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>824493<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for Secured Creditor: LYONS MORTGAGE SERVICES, INC. | Order Filed on July 9, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>EDWARD J. KROTULIS<br>PATRICIA A. KROTULIS | Case No: 19-16062 - MBK<br><br>Hearing Date: 06/11/2019<br><br>Judge:  MICHAEL B KAPLAN |

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: July 9, 2019**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

**NJID 824493**
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for LYONS MORTGAGE SERVICES, INC.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

| | |
|---|---|
| EDWARD J. KROTULIS<br>PATRICIA A. KROTULIS | CASE NO. 19-16062 - MBK<br><br>CHAPTER 13 |
| Debtors | ORDER RESOLVING<br>OBJECTION TO CONFIRMATION<br><br>HEARING DATE: 06/11/2019 |

This Order pertains to the property located at 721 SKOOG COURT, BRICK, NJ 08724, mortgage account ending with "0651";

THIS MATTER having been brought before the Court by, MARC C. CAPONE, Esquire attorney for debtors, EDWARD J. KROTULIS and PATRICIA A. KROTULIS upon the filing of a Chapter 13 Plan, LYONS MORTGAGE SERVICES, INC. by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and for other and good cause shown:

IT IS on the _____ day of _____, 2019, ORDERED as follows:

1. The debtors plan is hereby amended to allow $12,176.89 to be paid to LYONS MORTGAGE SERVICES, INC.. Said amount reflects that found on LYONS MORTGAGE SERVICES, INC.'s Proof of Claim.

2. If required by the Chapter 13 Trustee, Debtor agrees to amend their Chapter 13 Plan post-confirmation to provide for the arrears listed in LYONS MORTGAGE SERVICES, INC.'s allowed secured proof of claim.

3. Debtors acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

       4.       This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                 Case No. 19-16062-MBK
Edward J Krotulis                                                                       Chapter 13
Patricia A Krotulis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jul 09, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2019.
db/jdb        +Edward J Krotulis,    Patricia A Krotulis,    721 Skoog Court,    Brick, NJ 08724-5106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marc C Capone    on behalf of Debtor Edward J Krotulis 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
              Marc C Capone    on behalf of Joint Debtor Patricia A Krotulis 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    LYONS MORTGAGE SERVICES, INC. nj.bkecf@fedphe.com
              Robert   Davidow    on behalf of Creditor    LYONS MORTGAGE SERVICES, INC. nj.bkecf@fedphe.com
              Robert P. Saltzman    on behalf of Creditor    Discover Bank dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 9