UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Gillman, Bruton & Capone, LLC

Marc Capone, Esq.

60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166
Fax # 732-528-4458

Order Filed on July 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Edward and Patricia Krotulis**

Case No.: 19-16062

Chapter: 13

Judge: Michael Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 24, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Marc Capone _____, the applicant, is allowed a fee of $____6,487.50____ for services rendered and expenses in the amount of $____376.00____ for a total of $____6,833.50____. The allowance is payable:

    ☒ $___4,333.50___ through the Chapter 13 plan as an administrative priority.

    ☒ $___2,500.00___ outside the plan.

The debtor's monthly plan is modified to require a payment of $____N/A____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2