UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman, Bruton & Capone, LLC

Marc Capone, Esq.

60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166
Fax # 732-528-4458

Order Filed on July 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Edward and Patricia Krotulis**

Case No.: 19-16062

Chapter: 13

Judge: Michael Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 24, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Marc Capone _____, the applicant, is allowed a fee of $_____ 6,487.50 _____ for services rendered and expenses in the amount of $_____ 376.00 _____ for a total of $_____ 6,833.50 _____. The allowance is payable:

- ☒ $___4,333.50___ through the Chapter 13 plan as an administrative priority.

- ☒ $___2,500.00___ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ N/A _____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Edward J Krotulis  
Patricia A Krotulis  
     Debtors

Case No. 19-16062-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 24, 2019  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2019.  
db/jdb         +Edward J Krotulis,    Patricia A Krotulis,    721 Skoog Court,    Brick, NJ 08724-5106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2019                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2019 at the address(es) listed below:

            Albert    Russo    docs@russotrustee.com  
            Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
             dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
            Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation  
             kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
            Marc C Capone    on behalf of Debtor Edward J Krotulis 5325@notices.nextchapterbk.com,  
             docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com  
            Marc C Capone    on behalf of Joint Debtor Patricia A Krotulis 5325@notices.nextchapterbk.com,  
             docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com  
            Nicholas V. Rogers    on behalf of Creditor    LYONS MORTGAGE SERVICES, INC. nj.bkecf@fedphe.com  
            Robert    Davidow    on behalf of Creditor    LYONS MORTGAGE SERVICES, INC. nj.bkecf@fedphe.com  
            Robert P. Saltzman    on behalf of Creditor    Discover Bank dnj@pbslaw.org  
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                         TOTAL: 9