GILLMAN, BRUTON & CAPONE, LLC
By: Marc C. Capone, Esq.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
732-528-1166
Attorney for Debtors

Order Filed on August 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

| | |
|---|---|
| **Edward J. and Patricia A. Krotulis** | Case No.: **19-16062 (MBK)** |
| | Chapter **13** |
| Debtors | |

## ORDER RESOLVING DISCOVER BANK'S
## OBJECTION TO CONFIRMATION OF PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: August 12, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Debtor(s):     **Edward J. and Patricia A. Krotulis**
Case No.:      **19-16062 (MBK)**
Caption of Order:     ***ORDER RESOLVING DISCOVER BANK'S OBJECTION TO CONFIRMATION***

Upon consideration of Discover Bank's ("Secured Creditor") objection to confirmation of the Chapter 13 plan (at docket number 19), and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown, it is hereby;

**ORDERED** as follows:

1. That the Debtors shall continue to make regular monthly mortgage payments directly to Discover Bank as contemplated by the Debtors' Chapter 13 Plan.
2. Discover Bank shall amend its proof of claim within 10 days of the entry of this Order to provide for any pre-petition arrears that it claims may be owed by the Debtors.
3. The term of the Mortgage Note owed by the Debtors to Discover Bank shall mature in January 2024. In the event there is any balance owed by the Debtors at the time the Mortgage Note terms, the Debtors shall pay that balance on the Note to Discover Bank no later than January 30, 2024.