GILLMAN, BRUTON & CAPONE, LLC
By: Marc C. Capone, Esq.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
732-528-1166
Attorney for Debtors

Order Filed on August 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

| | |
|---|---|
| **Edward J. and Patricia A. Krotulis** | Case No.: **19-16062 (MBK)** |
| | Chapter **13** |
| Debtors | |

_____

### ORDER RESOLVING DISCOVER BANK'S
### OBJECTION TO CONFIRMATION OF PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: August 12, 2019**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

(Page 2)

Debtor(s):     **Edward J. and Patricia A. Krotulis**
Case No.:      **19-16062 (MBK)**
Caption of Order:     ***ORDER RESOLVING DISCOVER BANK'S OBJECTION TO CONFIRMATION***

Upon consideration of Discover Bank's ("Secured Creditor") objection to confirmation of the Chapter 13 plan (at docket number 19), and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown, it is hereby;

**ORDERED** as follows:

1. That the Debtors shall continue to make regular monthly mortgage payments directly to Discover Bank as contemplated by the Debtors' Chapter 13 Plan.

2. Discover Bank shall amend its proof of claim within 10 days of the entry of this Order to provide for any pre-petition arrears that it claims may be owed by the Debtors.

3. The term of the Mortgage Note owed by the Debtors to Discover Bank shall mature in January 2024. In the event there is any balance owed by the Debtors at the time the Mortgage Note terms, the Debtors shall pay that balance on the Note to Discover Bank no later than January 30, 2024.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-16062-MBK
Edward J Krotulis                                                     Chapter 13
Patricia A Krotulis
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Aug 13, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2019.
db/jdb         +Edward J Krotulis,    Patricia A Krotulis,    721 Skoog Court,    Brick, NJ 08724-5106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marc C Capone    on behalf of Debtor Edward J Krotulis 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
              Marc C Capone    on behalf of Joint Debtor Patricia A Krotulis 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    LYONS MORTGAGE SERVICES, INC. nj.bkecf@fedphe.com
              Robert   Davidow    on behalf of Creditor    LYONS MORTGAGE SERVICES, INC. nj.bkecf@fedphe.com
              Robert P. Saltzman    on behalf of Creditor    Discover Bank dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9