<table>
<tr><td colspan="2">

**Information to identify the case:**

</td></tr>
</table>

| | | |
|---|---|---|
| Debtor 1 | **Edward J Krotulis** | Social Security number or ITIN   xxx–xx–8036 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Patricia A Krotulis** | Social Security number or ITIN   xxx–xx–2244 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–16062–MBK | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Edward J Krotulis                     Patricia A Krotulis

<u>8/8/24</u>                                          **By the court:** <u>Michael B. Kaplan</u>
                                                                    United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                     **Chapter 13 Discharge**                     page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 19-16062-MBK |
|---|---|
| Edward J Krotulis | Chapter 13 |
| Patricia A Krotulis | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Aug 08, 2024 | Form ID: 3180W | Total Noticed: 59 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edward J Krotulis, Patricia A Krotulis, 721 Skoog Court, Brick, NJ 08724-5106 |
| cr | + | LYONS MORTGAGE SERVICES, INC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Motion federal credit union, c/o Mckenna DuPont Stone & Washburne, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 518142245 | + | Amex/Dsnb/ Macy's, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 518284409 | + | LYONS MORTGAGE SERVICES, INC., CENLAR FSB, BK DEPARTMENT, 425 PHILLIPS BLVD, EWING NJ 08618-1430 |
| 518142258 | | Lyons Mortgage Srvcs I, 428 Phillips Blvd, Ewing, NJ 08618 |
| 518200666 | + | Motion Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 08 2024 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 08 2024 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518142246 | | Email/Text: collectors@arresourcesinc.com | Aug 08 2024 20:45:00 | Ar Resources Inc, 1777 Sentry Pkwy W, Blue Bell, PA 19422 |
| 518142247 | + | EDI: BANKAMER | Aug 09 2024 00:38:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518245023 | + | EDI: BANKAMER2 | Aug 09 2024 00:38:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518245991 | | Email/PDF: bncnotices@becket-lee.com | Aug 08 2024 21:10:20 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518199290 | + | Email/Text: RASEBN@raslg.com | Aug 08 2024 20:44:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518283606 | + | EDI: CITICORP | Aug 09 2024 00:38:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 518142250 | + | EDI: CITICORP | Aug 09 2024 00:38:00 | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 518142251 | + | EDI: WFNNB.COM | Aug 09 2024 00:38:00 | Comenitybank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 518142252 | + | EDI: WFNNB.COM | Aug 09 2024 00:38:00 | Comenitybk/Bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 518210336 | | Email/Text: BKCourtNotices@yourmortgageonline.com | | |

District/off: 0312-3                         User: admin                                    Page 2 of 4
Date Rcvd: Aug 08, 2024                      Form ID: 3180W                          Total Noticed: 59

|  |  |  |  |
|---|---|---|---|
|  |  | Aug 08 2024 20:45:00 | Discover Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 518142253 | Email/Text: BKCourtNotices@yourmortgageonline.com |  |  |
|  |  | Aug 08 2024 20:45:00 | Discover Bank/Dmi, 1 Corporate Dr Ste 360, Lake Zurich, IL 60047 |
| 518142259 | EDI: CITICORP |  |  |
|  |  | Aug 09 2024 00:38:00 | Macys/Dsnb, Po Box 8218, Mason, OH 45040 |
| 518283592 | EDI: Q3G.COM |  |  |
|  |  | Aug 09 2024 00:38:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518158000 | EDI: DISCOVER |  |  |
|  |  | Aug 09 2024 00:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518142254 | + EDI: DISCOVER |  |  |
|  |  | Aug 09 2024 00:38:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 518156950 | + EDI: DISCOVERSL.COM |  |  |
|  |  | Aug 09 2024 00:38:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 518142256 | + EDI: IRS.COM |  |  |
|  |  | Aug 09 2024 00:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518142248 | EDI: JPMORGANCHASE |  |  |
|  |  | Aug 09 2024 00:38:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 518142249 | EDI: JPMORGANCHASE |  |  |
|  |  | Aug 09 2024 00:38:00 | Chase Card-Disney, Po Box 15298, Wilmington, DE 19850 |
| 518142257 | + Email/Text: PBNCNotifications@peritusservices.com |  |  |
|  |  | Aug 08 2024 20:44:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 518270315 | Email/PDF: resurgentbknotifications@resurgent.com |  |  |
|  |  | Aug 08 2024 20:48:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518142261 | Email/Text: mgreenwood@motionfcu.org |  |  |
|  |  | Aug 08 2024 20:44:00 | Motion Federal Cu, 360 N Wood Ave, Linden, NJ 07036 |
| 518711057 | EDI: PRA.COM |  |  |
|  |  | Aug 09 2024 00:38:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518711058 | EDI: PRA.COM |  |  |
|  |  | Aug 09 2024 00:38:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518275469 | EDI: PRA.COM |  |  |
|  |  | Aug 09 2024 00:38:00 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 518275483 | EDI: PRA.COM |  |  |
|  |  | Aug 09 2024 00:38:00 | Portfolio Recovery Associates, LLC, c/o Jc Penney Credit Card, POB 41067, Norfolk VA 23541 |
| 518275359 | EDI: PRA.COM |  |  |
|  |  | Aug 09 2024 00:38:00 | Portfolio Recovery Associates, LLC, c/o Lowe's, POB 41067, Norfolk VA 23541 |
| 518275477 | EDI: PRA.COM |  |  |
|  |  | Aug 09 2024 00:38:00 | Portfolio Recovery Associates, LLC, c/o Old Navy Visa Card, POB 41067, Norfolk VA 23541 |
| 518274579 | EDI: PRA.COM |  |  |
|  |  | Aug 09 2024 00:38:00 | Portfolio Recovery Associates, LLC, c/o Pc Richards, POB 41067, Norfolk VA 23541 |
| 518275475 | ^ MEBN |  |  |
|  |  | Aug 08 2024 20:41:35 | Portfolio Recovery Associates, LLC c/o Old Navy Vi, POB 41067, Norfolk VA 23541-1067 |
| 518265486 | EDI: Q3G.COM |  |  |
|  |  | Aug 09 2024 00:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518142262 | + Email/Text: ngisupport@radiusgs.com |  |  |
|  |  | Aug 08 2024 20:45:00 | Radius Global Solutions LLC, PO Box 390905, Minneapolis, MN 55439-0905 |
| 518263293 | EDI: SALLIEMAEBANK.COM |  |  |
|  |  | Aug 09 2024 00:38:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 518142263 | + EDI: SALLIEMAEBANK.COM |  |  |

District/off: 0312-3 | User: admin | Page 3 of 4
Date Rcvd: Aug 08, 2024 | Form ID: 3180W | Total Noticed: 59

| Recip ID | | Name and Address | | Date/Time | | |
|---|---|---|---|---|---|---|
| | | | | Aug 09 2024 00:38:00 | Sallie Mae Bank Inc, Po Box 3229, Wilmington, DE 19804-0229 | |
| 518142264 | + EDI: CITICORP | | | Aug 09 2024 00:38:00 | Sears/Cbna, Po Box 6189, Sioux Falls, SD 57117-6189 | |
| 518142265 | + EDI: DISCOVERSL.COM | | | Aug 09 2024 00:38:00 | Student Loan Corp, Po Box 30948, Salt Lake City, UT 84130-0948 | |
| 518142266 | EDI: SYNC | | | Aug 09 2024 00:38:00 | Syncb/Care, C/O P.O. Box 965036, Orlando, FL 32896-5036 | |
| 518142267 | + EDI: SYNC | | | Aug 09 2024 00:38:00 | Syncb/Jcp, Po Box 965007, Orlando, FL 32896-5007 | |
| 518142269 | + EDI: SYNC | | | Aug 09 2024 00:38:00 | Syncb/Old Navy, 4125 Windward Plaza, Alpharetta, GA 30005-8738 | |
| 518142270 | EDI: SYNC | | | Aug 09 2024 00:38:00 | Syncb/PC Richard, C/O P.O. Box 965036, Orlando, FL 32896-5036 | |
| 518144465 | ^ MEBN | | | Aug 08 2024 20:43:44 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 | |
| 518189401 | + Email/Text: bncmail@w-legal.com | | | Aug 08 2024 20:46:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 | |
| 518142271 | + EDI: WTRRNBANK.COM | | | Aug 09 2024 00:38:00 | Td Bank Usa/Targetcred, Po Box 673, Minneapolis, MN 55440-0673 | |
| 518142272 | + EDI: CITICORP | | | Aug 09 2024 00:38:00 | The Home Depot/Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 | |
| 518142273 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | | | Aug 08 2024 20:45:00 | Toyota Motor Credit, Po Box 9786, Cedar Rapids, IA 52409-0004 | |
| 518168862 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | | Aug 08 2024 20:45:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 | |
| 518245798 | EDI: WFFC2 | | | Aug 09 2024 00:38:00 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 | |
| 518252237 | EDI: WFFC2 | | | Aug 09 2024 00:38:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 | |
| 518142274 | + EDI: WFFC2 | | | Aug 09 2024 00:38:00 | Wf Crd Svc, Po Box 14517, Des Moines, IA 50306-3517 | |
| 518142275 | + EDI: WFFC | | | Aug 09 2024 00:38:00 | Wf Efs, Po Box 84712, Sioux Falls, SD 57118-4712 | |

TOTAL: 52

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518142255 | | Fm/Gs2 Tru |
| 518142260 | | Motion Fcu |
| 518142268 | | Syncb/Lowe |
| cr | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court;, Discover Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 518201169 | *+ | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

District/off: 0312-3                                    User: admin                                    Page 4 of 4
Date Rcvd: Aug 08, 2024                                 Form ID: 3180W                                 Total Noticed: 59

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 10, 2024                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marc C Capone | on behalf of Debtor Edward J Krotulis ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| Marc C Capone | on behalf of Joint Debtor Patricia A Krotulis ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| Michael R. DuPont | on behalf of Creditor Motion federal credit union dupont@redbanklaw.com  lori@redbanklaw.com |
| Robert P. Saltzman | on behalf of Creditor Discover Bank dnj@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor Lyons Mortgage Services  Inc. ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor Lyons Mortgage Services  Inc. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Lyons Mortgage Services  Inc. ecf@powerskirn.com |

TOTAL: 12